PEOPLE v SNELL, No. 137582. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286999.

PEOPLE v JOSH RUSSELL, No. 137583. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283796.

PEOPLE v RURKA, No. 137584. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283797.

PEOPLE v BEELBY, No. 137587; Court of Appeals No. 276998.

PEOPLE v MENDELL FRITZ, No. 137588. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284453.

PEOPLE v CLAY, No. 137595; Court of Appeals No. 278115.

PEOPLE v HOLM, No. 137629. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286554.

PEOPLE v KEITH, No. 137701. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284052.

PEOPLE v HARDY, No. 137711. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 287787.

PEOPLE v MILTON, No. 137714. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 286443.

PEOPLE v KILBOURNE, No. 137730. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285761.

PEOPLE v KAUFMAN, No. 137731. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285264.

*In re* APPLICATION OF MICHIGAN CONSOLIDATED GAS COMPANY, No. 137734; reported below: 281 Mich App 545.

PEOPLE v RICHARD ARNOLD, No. 137737. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285185.

WALTON v WHITEWATER TOWNSHIP, No. 137741; Court of Appeals No. 274969.

PEOPLE v EDWARD FINLEY, No. 137742. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285875.